Argued October 25, 1978. Michael J. Wherry, Public Defender, for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.

396 A.2d 827

Commonwealth v. Sawyer, Appellant.

Argued October 23, 1978. Leonard I. Sharon, for appellant; Joseph E. Ferens, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order affirmed.

396 A.2d 827

Commonwealth v. William Sharp, Appellant.

 Argued October 23, 1978. Dennis V. Williams, for appellant; Frank J. Scutella, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.

396 A.2d 828

Commonwealth v. William Sharp, Appellant.

 Argued October 23, 1978. Dennis V. Williams, for appellant; Frank J. Scutella, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.

396 A.2d 828

Commonwealth v. Starr, Appellant.

 Argued October 23,